## Commonwealth *v.* Gaines, Appellant.

Submitted September 9, 1968. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino,* As-

sistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.